**NATIONAL BISCUIT COMPANY, Appellant, v. James J. HOEY, Individually, and as Collector of Internal Revenue for the Second Collection District of New York, and Francis W. H. Adams, Individually, and as United States Attorney for the Southern District of New York, Appellees.**

**No. 195.**

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Davis, Polk, Wardwell, Gardiner & Reed, of New York City (John W. Davis, of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen. (F. W. H. Adams, U. S. Atty., Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., and William F. Young, Sp. Asst. to U. S. Atty., all of New York City, of counsel), for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

**NATIONAL FIRE INSURANCE CO. v. SKRYPINSKI.**

**No. 5565.**

Circuit Court of Appeals, Seventh Circuit.

Nov. 21, 1935.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

Walter C. Crocker, of Eau Claire, Wis., for appellant.

Herman Leicht, of Medford, Wis., for appellee.

PER CURIAM.

It is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Western District of Wisconsin in this cause be, and the same is hereby, affirmed, with costs and interest at the same rate that similar judgments bear in the courts of the state of Wisconsin.